Henry Welter, appellee, v. B. D. Anguish, appellant. Gen. No. 26,589.

Action, commenced by attachment, to recover the value of a carload of cabbage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 7, 1922.

Weissenbach, Hartman, Craig & Cermak, for appellant; John William Chapman and Seymour M. Lewis, of counsel. Stewart Reed Brown and Ernest C. Reniff, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Carl H. Schutz and Helen Schutz, appellees, v. Emil F. Miller, appellant. Gen. No. 26,640.

Action for breach of contract to employ plaintiffs to paint a building, as part of a contract for the assignment by plaintiffs to defendant of a contract for a deed to the premises. Judgment for plaintiffs by default. Motion to set aside judgment overruled. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Benjamin E. Cohen, for appellant. Charles N. French, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Galla, plaintiff in error. Gen. No. 26,674.

Prosecution on counts charging larceny, receiving stolen goods, burglary by breaking and entering a store and carrying away goods, and breaking and entering the store, the doors and windows being open, with intent to steal. Felony waived by State. Defendant convicted of receiving stolen property of the value of $15. Error to the Criminal Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed March 7, 1922.

Walter J. La Buy and Thomas E. Swanson, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Henry T. Chace, Jr., of counsel.

Mr. Justice Matchett delivered the opinion of the court.